THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE ) <br> SEARCH OF: ) <br> ) <br> IN THE MATTER OF THE SEARCH OF ) <br> RANDOLPH REED VIA BUCCAL ) <br> SWAB ) | Case No. 2:25mj231 CMR |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Travis Lemon, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2006. I am currently assigned to the Salt Lake City Division-Vernal Resident Agency, where I have been involved in a variety of criminal investigations, to include crimes on the Uintah and Ouray Indian Reservation, distribution of controlled substances and firearms act violations. I was previously assigned to the San Diego Division-El Centro/Imperial County Resident Agency, the Salt Lake City Division-Vernal Resident Agency and the Tampa Division-Brevard Resident Agency. Throughout these assignments, I have gained experience through training, seminars/classes and everyday work related to the various types of investigations, to include interviewing victims, witnesses and suspects, writing/executing search warrants, processing crime scenes, conducting arrests and being involved in the execution of tactical operation orders for all kinds of criminal violations of federal law.

2. As a federal agent, your affiant is authorized to investigate violations of laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a warrant from the Court, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of *Felon in Possession of a Firearm*, in violation of Title 18, United States Code Section 922(g)(1), is now located on the person of Randolph Reed.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On February 20, 2025, at approximately 3:01 to 3:08 AM, Law Enforcement Officers (LEOs) were dispatched to Whiterocks, Utah. The report received stated that an intoxicated male was outside of a residence with a rifle. The report was received via third-party information, with a female stating that a male individual at the residence was "freaking out" or "tripping" and had a gun. LEOs from the Bureau of Indian Affairs (BIA) and the Uintah County Sheriff's Office (UCSO) subsequently responded to 3600 E 11405 N, Whiterocks, Utah.

5. Upon arrival, BIA observed a male dressed in black and walking around behind the residence. The male individual was subsequently identified as Randolph Reed (Reed). Reed walked back-and-forth and used a point motion with his hand at random areas. Several swinging motions at the air were observed and a long dark item was seen in one of his hands. Reed continued to walk around the back of the property, with a visual of Reed being lost at times. A spotlight was placed on Reed and a BIA LEO saw what was a long black item (then unidentifiable), but law enforcement was concerned it could be a long gun based on the actions of Reed and the report received. Reed then raised the long black item at a BIA patrol car. This item was later identified as a Honshu brand, katana style sword.

6. Reed was given commands to drop the item (sword) and put his hands up multiple times and Reed did not comply. Reed continued to walk around the property behind the house and pointed at random spots in the area. Reed was repeatedly told to stop and put his hands in the air. It appeared to LEOs that Reed was under the influence of an unknown drug. Reed talked to the sky and asked if LEOs could see things that were not there.

7. After Reed refused to comply with orders to drop the item (sword), Reed was tased by BIA. Reed began kicking and physically fighting with LEOs while LEOs attempted to take him into custody. Reed was eventually placed into handcuffs and during a search of his person, a black AR magazine filled with 29 rounds of .300 Blackout ammunition was retrieved from his back pocket.

8. LEOs went to the back of the house and approximately 20 feet from the house and/or approximately 30 feet from where Reed was taken into custody, a black jacket and a black sweatshirt were on the ground. Another "Honshu" sword, black sword sheath, and an AR style rifle were found under the black jacket, with the AR rifle wrapped in the jacket. Both the sword and AR style rifle appeared to have blood on them. The AR style rifle appeared to have an 11.5 inch barrel, a lower receiver that read "Ruger AR-556" and a marking on the upper receiver with the marking "300 BLK" on the dust cover. The rifle had two magazines taped together and one of the magazines was inside the magazine well of the rifle. The two magazines appeared to be the same style as the magazine found in Reed's back pocket. Upon clearing the firearm, a live round was ejected from the chamber of the AR rifle. The round inside the rifle appeared to be a .300 Blackout round, which matched the color and appearance of the ammunition found in the magazine retrieved from Reed's back pocket.

8. Reed was subsequently taken to the Uintah Basin Medical Center for a medical

clearance. Reed also had a large cut on his hand that he appeared to have been bleeding from. After receiving medical attention, Reed was booked into the BIA Corrections Facility, located at the Ute Tribe Justice Center, Fort Duchesne, Utah.

9. Evidence items collected and maintained by BIA include, but are not limited to: a Honshu sword with sheath and red cloth found in Reed's possession; a magazine with 29 rounds of .300 Blackout ammunition found in Reed's back pants pocket; a Honshu sword with sheath and blood on it; a Ruger AR rifle serial number 857-12978 with blood on it; firearm accessories (black sling and weapon light), and two magazines taped together, one of which was found in the magazine well of the AR rifle; the magazines contained 54 rounds of .300 Blackout ammunition.

10. Reed's criminal history shows that he has, previous to this incident, been convicted of a felony.

11. This incident occurred in Whiterocks, Utah, and is within the Federal District of Utah.

12. DNA (left via blood, touch, or otherwise) located on the Ruger AR rifle can be used to help determine who has been in contact with the firearm. As a result of the AR magazine recovered from Reed's person, which contained the same ammunition as the AR rifle that was recovered, your Affiant believes that analysis of Reed's DNA will provide additional evidence for comparison with biological evidence left on the firearm. The firearm will be submitted to the laboratory for examination, along with samples of DNA collected from Reed for comparison.

13. Based on the facts and circumstances, your Affiant believes probable cause exists to believe that evidence of *Felon in Possession of a Firearm*, in violation of Title 18, United States Code Section 922 (g)(1), is contained in the DNA of Randolph Reed.

14. Your Affiant respectfully requests that the attached warrant be issued, authorizing the search of Randolph Reed for his DNA using a buccal swab inside of his mouth to collect a

sample of his DNA.

DATED this 12th day of March, 2025.

/s/ Travis Lemon
Travis Lemon, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this  12th  day of March, 2025.

CECELIA M. ROMERO
United States Magistrate Judge

**ATTACHMENT A**

**Person to Be Searched**

Randolph Reed, date of birth June 5, 1990, currently incarcerated at the BIA Uintah & Ouray Corrections Facility, Ute Indian Tribe Public Safety Complex, 7139 E 1000 S, Fort Duchesne, Utah 84026.

## ATTACHMENT B

### LIST OF ITEMS TO BE SEIZED AND SEARCHED

This warrant authorizes the seizure of evidence for *Felon in Possession of a Firearm*, in violation of Title 18, United States Code Section 922 (g)(1). This warrant further authorizes the use of restraints by law enforcement, if necessary, to seize the item(s) listed below:

1. DNA from Randolph Reed utilizing buccal swabs. The buccal swabs will be used to collect DNA from the mouth of Randolph Reed.